UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00321-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.       DAVID MENDOZA-OCHOA,
        a/k/a Hector Salez-Gonzalez,
        a/k/a Edgar Lopez-Garcia,

       Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA and SENTENCING HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#7)** on August 18, 2008, by Defendant. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea and immediate Sentencing Hearing is set for **September 22, 2008,** at **4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 19th day of August, 2008.

                                            **BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge